UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE M. HARDWICK, | |
| Plaintiff(s), | Case No. 2:14-cv-01651-JCM-VCF |
| vs. | ORDER |
| ELDORADO RESORTS CORPORATION, et al., | |
| Defendant(s). | |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in LR 16-6. On February 10, 2015, Defendants filed a request for exemption from personal attendance at the ENE for Defendant Eldorado Resorts Corporation's President, Becky Foster, and Defendant Michael Marrs. Docket No. 11. Defendants represent that Plaintiff's law firm has "filed four nearly identical claims against Eldorado" and that "there are significant concerns about the fruitful nature of the ENE in light of the surrounding circumstances." *Id.*, at 2.

Pursuant to LR 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." Accordingly, the parties are hereby **ORDERED** to file their positions as to whether this case should be exempt from the early neutral evaluation, no later than February 18, 2015.

IT IS SO ORDERED.

DATED: February 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge