# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE M. HARDWICK, | |
| Plaintiff(s), | Case No. 2:14-cv-01651-JCM-VCF |
| vs. | ORDER |
| ELDORADO RESORTS CORPORATION, et al., | (Docket Nos. 9, 11) |
| Defendant(s). | |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in LR 16-6. On January 27, 2015, the Court scheduled an ENE session to commence on March 4, 2015. Docket No. 9. On February 10, 2015, Defendants filed a request for exemption from personal attendance at the ENE for Defendant Eldorado Resorts Corporation's President, Becky Foster, and Defendant Michael Marrs. Docket No. 11. Defendants represent that Plaintiff's law firm has "filed four nearly identical claims against Eldorado" and that "there are significant concerns about the fruitful nature of the ENE in light of the surrounding circumstances." *Id.*, at 2.

On February 11, 2015, the Court ordered the parties to file their positions as to whether this case should be exempt from the ENE.[1] Docket No. 12. The Court has received those positions. Docket Nos.14, 15. Based on the parties' responses, the Court determines that it should exempt this case from the ENE program.

. . .

---

[1] Pursuant to LR 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion."

Accordingly, the Court hereby **VACATES** the ENE session (Docket No. 9) and **DENIES** as moot Defendants' request for exemption from personal attendance at the ENE (Docket No. 11).

IT IS SO ORDERED.

DATED: February 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge