ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE M. HARDWICK,<br><br>            Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, A FLORIDA CORPORATION; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES,<br><br>            Defendants. | Case No.:  2:14-cv-01651-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATION OF BRIEFS AND POINTS AND AUTHORITIES** |

   Pursuant Local Rules 7-1, 7-2 and 7-4, Plaintiff Christine M. Hardwick ("Plaintiff" or "Villarreal") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (sometimes hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, hereby stipulate and jointly move this Court to allow the parties to exceed the presumptive page

limitations contained in LR 7-4 for points and authorities in support of motions and responses related to Defendant's Motion for Summary Judgment to be filed in this case – to wit: Defendant's points and authorities in support of the Motion, Plaintiff's response thereto, and Defendant's reply.

Defendant and Plaintiff intend to make every effort to be as concise as possible in their arguments and factual statements. However, based on the number of claims at issue, each which must be addressed separately (many both factually and legally), it is not possible for the parties to adequately address all of the claims at issue within the 30 page presumptive limit contained in LR 7-4, or the 20 page presumptive limit for reply briefs. Accordingly, the parties jointly request that the Court allow: (1) Defendant up to 40 pages for its memorandum in support of its Motion for Summary Judgment; (2) Plaintiff up to 40 pages for his response to Defendant's Motion for Summary Judgment; and (3) Defendant up to 30 pages for its reply in support of its Motion for Summary Judgment.

| DATED this 18th day of February, 2016. | DATED this 18th day of February, 2016. |
|---|---|
| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| 400 S. Fourth Street | Z. Kathryn Branson |
| Suite 280 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89101 | Suite 1500 |
| Telephone: 702-385-5191 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | Telephone: 702-369-6800 |
| | *Attorneys for Defendant* |

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
United States District Judge

February 25, 2016.
_____
DATED

2