Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
400 South Fourth Street, Suite 280
Las Vegas, NV  89101
Office: (702) 385-5191; Fax: (702) 385-7282

Attorneys for Plaintiff, CHRISTINE HARDWICK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE HARDWICK,<br><br>　　　　　　　Plaintiff;<br><br>　vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALAGANI; AND DOES 1-50, inclusive;<br><br>　　　　　　　Defendants. | Case No.:  2:14-cv-01651-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT PRELIMINARY EARLY NEUTRAL EVALUATION ASSESSMENT STATEMENTS** |

　　　　Pursuant to LR 6-1, 6-2 and 7-1 and 26-4, Plaintiff Christine Hardwick ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (sometimes hereinafter referred to collectively as "Defendants") by and through their undersigned counsel, hereby stipulate and agree to extend the time for the Parties to submit their Preliminary Early Neutral Evaluation Assessment Statements.  Good cause exists for the proposed extension of time for the Parties to submit their Preliminary Early Neutral Evaluation Assessment Statements.  Defendants filed their Motion for Summary Judgment on 3/16/2016.  Defendants filed Motions for Summary Judgment in three other related matters.  Each Motion for Summary Judgment is lengthy, including the Exhibits. Reviewing and identifying relevant evidence for each of Defendants' arguments amidst hundreds

of pages of disclosures, deposition transcripts, etc., has proved for Plaintiff to be much more time consuming than anticipated.  Further, more time is needed than anticipated in incorporating the points and authorities raised in the Motions for Summary Judgment into the Preliminary Early Neutral Evaluation Assessment Statements.  In an effort to ensure Plaintiff can fully provide complete information on each case, the Parties have agreed that the deadline to submit the Preliminary Early Neutral Evaluation Assessment Statements should be extended in the following manner:

- All Parties shall submit their Preliminary Early Neutral Evaluation Assessment Statements to Judge Foley's Chambers as per the Order dated March 14, 2016, (Doc. # 61) no later than **Friday, April 22, 2016**.

Dated this 14th day of April, 2016.                               Dated this 14th day of April, 2016.

WATKINS & LETOFSKY, LLP                                OGLETREE, DEAKINS, NASH,
                                                                                SMOAK & STEWART, P.C.

 /s/ Daniel R. Watkins                                                    /s/ Jill Garcia
Daniel R. Watkins                                                       Anthony L. Martin
Brian S. Letofsky                                                         Jill Garcia
400 S. Fourth Street                                                     Brian L. Bradford
Suite 280                                                                     3800 Howard Hughes Parkway
Las Vegas, NV  89101                                                 Suite 1500
Telephone:  702-385-5191                                         Las Vegas, NV  89169
Attorneys for Plaintiff                                                 Telephone:  702-369-6800
                                                                                   Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2016

**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT PRELIMINARY EARLY NEUTRAL EVALUATION ASSESSMENT STATEMENTS**