Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@gmail.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

*Attorneys for Plaintiff, Christine M. Hardwick*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE M. HARDWICK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ELDORADO RESORTS CORPORATION, a Florida Corporation; *et al.,* <br><br> Defendants. | Case No: 2:14-cv-01651-RFB-PAL <br><br> **JOINT STATUS REPORT REGARDING THE PROPOSED JOINT PRETRIAL ORDER** <br><br> **ORDER TO ENLARGE TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER FROM APRIL 23, 2018 TO MAY 7, 2018.** |

**JOINT STATUS REPORT REGARDING THE PROPOSED JOINT PRETRIAL ORDER**

Plaintiff Christine M. Hardwick ("Hardwick" or "Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Dominic Taleghani ("Taleghani"), and Kristen Beck ("Beck") (referred to collectively as "Defendants") hereby advise the Court as follows:

//

//

Plaintiff and Defendants, through their counsel of record, met and conferred and subsequently agreed on the initial four cases that should be heard by the Court. The parties agreed that the initial four cases to be tried should be tried in the order they were filed. The initial cases filed with the District Court that are remaining in the Related Cases are from 2014 and start with *Hardwick*[1] followed by *Knezevic*[2]. After those cases have concluded, the subsequent two cases to be tried are *Arora*[3] followed by *Baccala*[4]. If any of the above four cases are resolved, stayed, continued, or otherwise extinguished, prior to their trial date, they shall be substituted by *Azizi*[5] followed by *Moser*[6].

Plaintiff and Defendants further agree that the initial four cases should be tried consecutively, though the parties request time in between the trials for preparation. Plaintiff reserves their right, after the first four cases are resolved, to request and recommend that subsequent cases be tried concurrently depending on whether and to what extent there are any common facts in the remaining cases. Defendants also reserve their right to maintain their opposition to any request for consolidated, consecutive or concurrent trials.

Plaintiff and Defendants have been meeting, discussing and conferring on the order of trials, discussing both the order and whether any could be tried concurrently. Initially, the parties did not agree and were required to review each matter and remaining claims to determine, at this time, that a consecutive order of cases was preferable. The parties were initially unable to agree on the contents of a Joint Pretrial Order without first identifying the initial cases to be tried and the consecutive order of those cases. Now that the parties agree and have identified the initial four cases, they further agree and respectfully request a two-week extension of time to file a Proposed Joint Pretrial Order for each of the cases the parties propose to be tried consecutively. This requested extension is not for the purpose of delay.

//

//

---

[1] *Christine Hardwick v. Eldorado Resorts Corporation, et al.,* 2:14-cv-01651
[2] *Andjelka Knevevic v. Eldorado Resorts Corporation, et al.,* 2:14-cv-01655
[3] *Rajit Arora v. Eldorado Resorts Corporation, et al.,* 2:15-cv-00751
[4] *Frank Baccala v. Eldorado Resorts Corporation, et al.,* 2:15-cv-00752
[5] *Saeed Azizi v. Eldorado Resorts Corporation, et al.,* 2:15-cv-00755
[6] *Andrew Moser v. Eldorado Resorts Corporation, et al.,* 215-cv-00757

2

The parties anticipate that the Plaintiff will file the first Proposed Joint Pretrial Order in the Hardwick matter on or before May 7, 2018, and forward a copy in WORD format to the courtroom deputy, notifying said deputy that the Proposed Joint Pretrial Order has been filed.

DATED this 23rd day of April, 2018

| WATKINS & LETOFSKY | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| __/s/ Eran S. Forster_____ | __/s/ Jill Garcia_____ |
| Daniel R. Watkins | Anthony Martin |
| Brian S. Letofsky | Jill Garcia |
| Eran S. Forster | Amy Howard |
| WATKINS & LETOFSKY, LLP | Wells Fargo Tower, Suite 1500 |
| 8215 S. Eastern Ave, Suite 265 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

### ORDER TO ENLARGE TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER FROM APRIL 23, 2018 TO MAY 7, 2018.

**IT IS ORDERED**

Dated this  7th   day of  May, 2018.

_____
Hon. Judge Richard F. Boulware
United States District Judge