Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@gmail.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

*Attorneys for Plaintiff, Christine M. Hardwick*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE M. HARDWICK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ELDORADO RESORTS CORPORATION, a Florida Corporation; *et al.,* <br><br> Defendants. | Case No: 2:14-cv-01651-RFB-PAL <br><br> **STIPULATION TO EXTEND DEADLINE FOR PRETRIAL ORDER (Third Request)** <br><br> **ORDER TO EXTEND TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER FROM MAY 16, 2018, TO MAY 21, 2018.** |

Plaintiff Christine M. Hardwick ("Hardwick" or "Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Dominic Taleghani ("Taleghani"), and Kristen Beck ("Beck") (referred to collectively as "Defendants") hereby advise the Court as follows:

The current deadline to file is May 7, 2018, with a pending request to extend the deadline to May 16, 2018. (ECF No. 108). This will be the parties' third request to extend the deadline to file.

1

**STIPULATION TO EXTEND DEADLINE FOR PRETRIAL ORDER**

(Third Request)

Plaintiff and Defense counsel are still in the process of finalizing the joint pretrial order. The drafting of the pretrial order in the instant case has caused both parties to discuss and analyze the issues and evidence for the subsequent trials. The parties want to be as effective and efficient as reasonably possible in their preparation while also being comprehensive and thorough in detail. This will allow for more streamlined preparation for the subsequent trials.

Furthermore, the corralling of issues and evidence in the instant case has facilitated potentially fruitful settlement discussions between the parties in the instant case and Related Cases. Counsel is hopeful and believes that a few of the Related Cases will resolve through this process.

For the above stated reasons, Counsel for both parties respectfully request another extension to file their joint pretrial order because of the sheer amount of issues and the voluminous amount of evidence that has to be analyzed and discussed in the instant case and Related Cases. The parties believe that an extension to May 21, 2018, will be sufficient for submitting the proposed joint pretrial order and to facilitate potential resolution in some of the Related Cases. This requested extension is not for the purpose of delay and is made in good faith.

DATED this 16rd day of May, 2018

| WATKINS & LETOFSKY | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Eran S. Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony Martin |
| Brian S. Letofsky | Jill Garcia |
| Eran S. Forster | Amy Howard |
| WATKINS & LETOFSKY, LLP | Wells Fargo Tower, Suite 1500 |
| 8215 S. Eastern Ave, Suite 265 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER TO ENLARGE TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER FROM MAY 16, 2018 TO MAY 21, 2018.**
MAY 7, 2018

**IT IS ORDERED**

Dated this __18th__ day of May, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge

3

**STIPULATION TO EXTEND DEADLINE FOR PRETRIAL ORDER**

(Third Request)