Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@gmail.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

*Attorneys for Plaintiff, Christine M. Hardwick*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE M. HARDWICK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; *et al.,*<br><br>Defendants. | Case No: 2:14-cv-01651-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRETRIAL ORDER FROM MAY 21, 2018 to JUNE 1, 2018**<br>**(Fourth Request)** |

Plaintiff Christine M. Hardwick ("Hardwick" or "Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Dominic Taleghani ("Taleghani"), and Kristen Beck ("Beck") (defendants referred to collectively as "Defendants") hereby advise the Court as follows:

The current deadline to file the proposed joint pretrial order is May 21, 2018. The trial date in this matter is set for June 11, 2018. The parties request to extend their deadline to file the

proposed joint pretrial order to June 1, 2018. This is their fourth request.

Plaintiff and Defendants, while still finalizing their proposed joint pretrial order, are also actively exchanging counter offers in the above referenced matter and have been pursuing resolution through the Pretrial Order process. Plaintiff and Defendants believe that there is a high probability for settlement, in the instant case, and they've been actively trying to resolve the matter. Recently, the parties have been successful in settling multiple matters, and are actively involved in additional settlement discussions.

The parties also believe that it's not feasible to litigate the above referenced matter on, or before, June 11, 2018. The parties are filing a separate stipulation, concurrently with the instant stipulation, to request a continuance of the trial date, currently set for June 11, 2018,

For the above stated reasons, the parties request that the deadline to file their proposed joint pretrial order is extended from May 21, 2018 to June 1, 2018. The parties are also requesting, in a separate stipulation, that the currently scheduled trial date is continued from June 11, 2018.

DATED this 21st day of May, 2018

| WATKINS & LETOFSKY | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Eran S. Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony Martin |
| Brian S. Letofsky | Jill Garcia |
| Eran S. Forster | Amy Howard |
| WATKINS & LETOFSKY, LLP | Wells Fargo Tower, Suite 1500 |
| 8215 S. Eastern Ave, Suite 265 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

//

//

//

**ORDER TO ENLARGE TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER FROM MAY 21, 2018 TO JUNE 1, 2018.**

**IT IS ORDERED**

Dated this __23rd__ day of May, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRETRIAL ORDER** (Fourth Request)